IN RE ALTMAN

No. 260 PC.

Case below: 52 N.C. App. 291.

Petition by petitioner Altman for discretionary review under G.S. 7A-31 denied 17 August 1981.

IN RE COOK

No. 209 PC.

Case below: 52 N.C. App. 164.

Petition by Marvin Donald Cook for discretionary review under G.S. 7A-31 and alternative petition for writ of certiorari to North Carolina Court of Appeals denied 17 August 1981.

IN RE N.C.N.B.

No. 243 PC.

Case below: 52 N.C. App. 353.

Petition by N.C. National Bank for discretionary review under G.S. 7A-31 denied 17 August 1981.

IN RE WAKE FOREST UNIVERSITY

No. 213 PC.

Case below: 51 N.C. App. 516.

Petition by Forsyth County for discretionary review under G.S. 7A-31 denied 17 August 1981.

JOHNSON v. JOHNSON

No. 192 PC.

Case below: 51 N.C. App. 710.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981.